**Joseph L. HERBERT, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2006–3422.

United States Court of Appeals, Federal Circuit.

March 28, 2007.

Joseph L. Herbert (informal brief enclosed), pro se.

### *ORDER*

Upon consideration of Joseph L. Herbert's motion for reconsideration of this court's November 1, 2006 order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, his Fed. Cir. R. 15(c) statement now having been received,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, and the November 1, 2006 dismissal order is vacated. Herbert's brief is due within 30 days of the date of filing of this order.